**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **v.** | )   **CASE NO. 5:23-CR-29 (MTT)** |
| | ) |
| **QUINTON DESHANNON CONEY,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

The parties have moved the Court to continue this case to the next trial term. Doc. 20.  The defendant was indicted on May 9, 2023, and had his arraignment in this Court on August 17, 2023.  Docs. 1; 14.  No prior continuances have been granted. The parties now move the Court to continue this case to the next trial term to provide additional time to fully assess the case, pursue investigations, file any potential pretrial motions, and engage in meaningful negotiations aimed at pretrial resolution of the case. Doc. 20 ¶ 2.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  Accordingly, the motion (Doc. 20) is **GRANTED**.  The case is continued from the September term until the Court's trial term presently scheduled for **November 13, 2023**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*

**SO ORDERED**, this 23rd day of August, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT