IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:23-CR-29 (MTT) |
| | ) |
| QUINTON DESHANNON CONEY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The parties have moved the Court to continue this case to the next trial term. Doc. 26.  The defendant was indicted on May 9, 2023, and had his arraignment in this Court on August 17, 2023.  Docs. 1; 14.  One prior continuance has been granted.  Doc. 21.  The defendant was appointed new counsel on September 13, 2023.  Doc. 23.  The parties now move the Court to continue this case to the next trial term to provide defense counsel adequate time to review discovery, conduct any required investigation, or negotiate a potential resolution of the case.  Doc. 26 ¶ 5.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  Accordingly, the motion (Doc. 26) is **GRANTED**.  The case is continued from the November term until the Court's trial term presently scheduled for **January 8, 2024**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 18th day of October, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT